B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  FUHU, INC.                                  Case No. 15-_____ (____)
　　　　　　　Debtor
　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Foxconn CMMSG | Hon Hai Precision Industry Co Ltd<br>No. 2 Zihyou St., Tucheng Dist.<br>New Taipei City 236, Taiwan<br>sfwang@emea.foxconn.com<br>Phone: 886 (2) 2268-3466<br>Fax: 886 (2) 2268-6216 | Trade Debt | C/U/D | $46,170,433 |
| D&H Distributing Co | 2525 N. 7th Street P.O. Box 5967<br>Harrisburg PA 17110-0967<br>mschwab@dandh.com<br>Phone: 717-255-7886<br>Fax: 717-731-1909<br><br>Richard Macias<br>Creim Macias Koenig & Frey LLP<br>c/o D&H Distributing Co<br>633 W Fifth Street 51st Floor<br>Los Angeles, CA 90071<br>rmacias@cmkllp.com<br>Phone: (213) 614-1944<br>Fax: (213) 614-1961 | Lawsuit | C/U/D | 42,429,956 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fusing International, Inc. | 500 S Kreamer Blvd, Suite 100<br>Brea, CA 92821<br>howard.lin@foxconn.com<br>Phone: 866-473-3932 | Trade Debt | C/U/D | 14,945,467 |
| Morgan Stanley | 1585 Broadway, Floor 39<br>New York, NY 10036<br>siobhan.monahan@morganstanley.com<br>Phone: 212-761-6538 | Debt | | 11,571,717 |
| Wistron Corporation | PO Box 370307<br>El Paso, TX 79937<br>rolland_chan@wistron.com<br>Phone: 972-906-7810<br>Fax: 972-906-7815 | Lawsuit | C/U/D | 6,397,440 |
| Viacom Ad Sales | PO Box 13683<br>Newark, NJ 07188-0683<br>amy.morales@viacom.com<br>Phone: 212-654-1527<br>Fax: 212-325-6684 | Trade Debt | | 2,200,000 |
| Disney Consumer Products, Inc. | 500 S. Buena Vista Street<br>Burbank, CA 91521<br>Max.Calne@disney.com<br>Phone: 818-560-2841<br>Fax: 818-843-1566 | Trade Debt | D | 1,562,407 |
| Keen High Holding (HK) Limited | Unit 13, 7/F Technology Park,<br>18 On Lai St.<br>Shatin NT Hong Kong<br>arthur@keenhi.com<br>Phone: (86) 755-88309222<br>Fax: (86) 755-88309519 | Trade Debt | C/U/D | 1,519,211 |
| Arima Communications Corporation | 12F-1 No58 Ruihu Street Neihu Dist<br>Taipei 114 Taiwan<br>johnwang@arimacomm.com.tw<br>Phone: 886 (2) 8227-7755 x 3400 | Trade Debt | | 1,423,732 |
| 24-7 Intouch | 240 Kennedy Street<br>Winnipeg, MB R3C 1T1<br>gfettes@24-7intouch.com<br>Phone: 204-318-3033<br>Fax: 800-395-7809 | Trade Debt | | 1,043,268 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Power-All Networks | 1/F Harbour View 1 Podium, 12 Science Park East Ave. Hong Kong Science Park Shatin, New Territories Hong Kong stevehui@powerallnetworks.com Fax: 852-2111-8156 | Related Party | C/U/D | 900,000 |
| Steptoe & Johnson | 1001 Page Mill Road Building 4 Palo Alto, CA 94304 sdutta@steptoe.com Phone: 650-687-9510 Fax: 650-687-9484 | Legal | | 768,418 |
| Mazarine Enterprises Inc. | 909 N Sepulveda Blvd Suite 650 El Segundo, CA 90245 alisonc@nabicares.com Phone: 714-875-7727 | Trade Debt | | 746,731 |
| Fuhu Taiwan | 8F NO 1 Songgao Rd Xunyi District Taipei 11073 Taiwan jenny.tsai@fuhu.com Phone: 886 (2) 2722-9900 x 101 Fax: 886 (2) 2722-9996 | Intercompany | | 704,615 |
| Trend Power Limited | Flat 1, 9F, Kwai Cheong Ctr Kwai Chung Hong Kong ivan@trendpower.me Phone: 852-2625-5779 Fax: 852-2422-3200 | Trade Debt | C/U/D | 671,068 |
| O'Melveny & Myers LLP | 400 South Hope Street, 14th Floor Los Angeles, CA 90071 Phone: 213-430-6400 Fax: 213-430-6407 | Legal | | 623,131 |
| Kerr & Wagstaffe, LLP | 101 Missiona St., 18th Floor San Francisco, CA 94105 labar@kerrwagstaffe.com Phone: 415-371-8500 Fax: 415-371-0500 | Legal | | 573,447 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| TargetCW | 9475 Chesapeake Drive<br>San Diego, CA 92123<br>info@targetcw.com<br>Phone: 858-810-3000<br>Fax: 858-810-3001 | Lawsuit | D | 458,612 |
| Amazon Web Services, Inc. | PO BOX 84023<br>Seattle, WA 98124-8423<br>aws-receivables-support@email.amazon.com<br>Phone: 206-266-4064<br>Fax: 206-266-7010 | Trade Debt | | 454,552 |
| R+ L Global Logistics | PO Box 405939<br>Atlanta, GA 30384<br>edith.carvajal@rlglobal.com<br>Phone: 866-416-4792<br>Fax: 859-689-9404 | Trade Debt | | 407,557 |

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FUHU, INC., | Case No. 15-_____ (___) |
| Debtor. | |

### CERTIFICATION CONCERNING LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *List of Creditors Holding 20 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of Creditors Holding 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of December, 2015, at Los Angeles, California.

_____
James Mitchell
Chief Executive Officer