UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FUHU, INC., | Case No. 15-_____ (___) |
| Debtor. | |

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest, of the above-captioned debtor in possession (the "Debtor").

| Name and Last Known Address of Equity Interest Holder | Type of Equity Interest | Percentage of Interest |
|---|---|---|
| Fujioka Holdings, Inc. ("FHI") | Common | 9.9 |
| G8 Global, Ltd. (Steve Hui) | Common | 12.3 |
| Daryl Okimoto | Common | 0.0 |
| Cheryl F. Lewis, Trustee of the CFL Trust | Common | 1.2 |
| David M. Lewis, Trustee of the David M. Lewis Family Trust | Common | 1.2 |
| LG Display Co., Ltd. | Common | 2.5 |
| Lap Shun (John) Hui | Series A Preferred Stock | 1.2 |
| Harrison International Group Ltd. | Series A Preferred Stock | 0.8 |
| Anna Ku Huang | Series A Preferred Stock | 0.1 |
| Martina Ku | Series A Preferred Stock | 0.1 |
| Andy Lee | Series A Preferred Stock | 0.2 |

| Name and Last Known Address of Equity Interest Holder | Type of Equity Interest | Percentage of Interest |
|---|---|---|
| Kun Chang Investment Company Ltd. | Series A Preferred Stock | 0.4 |
| Timothy Chen | Series A Preferred Stock | 0.1 |
| Frank Jeng | Series A Preferred Stock | 0.1 |
| Che Wei Lin | Series A Preferred Stock | 0.1 |
| Thomas F. Sweeney & Kristy L. Sweeney | Series A Preferred Stock | 0.2 |
| Terence H. Campbell | Series A Preferred Stock | 0.2 |
| Vertex Telecom, Inc. | Series A Preferred Stock | 0.2 |
| John J. Farina | Series A Preferred Stock | 0.2 |
| Grieg W. Coppe | Series A Preferred Stock | 0.4 |
| Bob Fujioka | Series A Preferred Stock | 0.1 |
| Cheryl F. Lewis, Trustee of the CFL Trust | Series A Preferred Stock | 0.8 |
| David M. Lewis, Trustee of the David M. Lewis Family Trust | Series A Preferred Stock | 0.8 |
| Boardwalk Capital Holding Limited (The Acer Group) | Series B Preferred Stock | 11.4 |
| Kingston Digital Inc. | Series C Preferred Stock | 4.4 |
| Icreate Investments Limited (The Foxconn Group) | Series C Preferred Stock | 8.8 |
| KDDI Open Innovation Fund L.P. | Series C Preferred Stock | 4.4 |

| Name and Last Known Address of Equity Interest Holder | Type of Equity Interest | Percentage of Interest |
|---|---|---|
| Dreamworks Animation SKG, Inc. | Series D Preferred Stock | 1.92 |
| Peter F. Watson | Series D Preferred Stock | 0.38 |
| Peter Watson Family Investments, LLC | Series D Preferred Stock | 0.19 |
| KDDI Open Innovation Fund, L.P. | Series D Preferred Stock | 0.19 |
| WACOM Co., Ltd. | Series D Preferred Stock | 0.58 |
| Dreamworks Animation SKG, Inc. | Series D Preferred Stock | |
| KDDI Open Innovation Fund, L.P. | Series D Preferred Stock | |
| Intel Capital Corporation | Series D Preferred Stock | 1.92 |
| SPG Fuhu Nabi, LLC (Simon Malls) | Series D Preferred Stock | 0.19 |
| Max Alexander Liu | Series D Preferred Stock | 0.04 |
| LFA Corp | Series D Preferred Stock | 0.01 |
| Tim Chen | Series D Preferred Stock | 0.09 |
| Tim Chen | Series D Preferred Stock | 0.09 |
| Tim Chen | Series D Preferred Stock | 0.09 |
| Tim Chen | Series D Preferred Stock | 0.03 |
| Tung Yu-Lien Margaret (Adelena Shee) | Series D Preferred Stock | 0.38 |

| Name and Last Known Address of Equity Interest Holder | Type of Equity Interest | Percentage of Interest |
|---|---|---|
| Chewei Lin | Series D Preferred Stock | 0.02 |
| The Wallace K. Tsuha Trust of Oct. 14, 1991 | Series D Preferred Stock | 0.19 |
| Beagle Limited | Series D Preferred Stock | 0.19 |
| LG Display Co., Ltd. | Series D Preferred Stock | 4.99 |

I, James Mitchell, the undersigned Chief Executive Officer of Fuhu, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the list of equity security holders and that it is true and correct to the best of my information and belief.

Executed this 7th day of December, 2015, at Los Angeles, California.

James Mitchell
Chief Executive Officer