IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FUHU, INC., *et al.*,[1] | ) | Case No. 15-12465 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | **Related Docket No. 15** |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR DECEMBER 8, 2015, AT 4:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801[3]**

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**

1. Voluntary Petitions:

    a. Fuhu, Inc.
    b. Fuhu Holdings, Inc.

2. Declaration of James Mitchell Filed in Support of First-Day Motions [Filed: 12/7/15] (Docket No. 10).

    **Status:**   The Declaration will be relied upon as evidentiary support for the first day matters listed below.

    **Joint Administration and Procedural Motions**

3. Motion of the Debtors for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only Cases [Filed: 12/7/15] (Docket No. 2)

    **Status:**   This matter is going forward.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Fuhu, Inc. (7896) and Fuhu Holdings, Inc., (9761). The location of the Debtors' headquarters and service address is 909 N. Sepulveda Blvd., Suite 540, El Segundo, CA 90245.

[2] **Amended information is reflected in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

4. Debtors' Motion for Entry of an Order Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor. [Filed 12/7/15] (Docket No. 13).

> **Status:** This matter is going forward.

### First-Day Motions Pertaining to Operations and Related Issues

5. Debtor Fuhu, Inc.'s Motion for Order Authorizing Debtors to (I) Pay Certain Prepetition Wages, Compensation and Employee Benefits; (II) Continue Payment of Wages, Compensation and Employee Benefits in the Ordinary Course; and (III) Authorizing and Directing Applicable Banks and Other Financial Institutions to Process and Pay All Checks Presented for Payment and to Honor All Fund Transfer Requests Made By Debtors Relating to the Foregoing. [Filed 12/7/15] (Docket No. 8).

> **Status:** This matter is going forward.

6. Debtors' Motion for Authority to Maintain Cash-Management System, Authority to Use Existing Bank Accounts and Business Forms, and Waiver of Requirement of Section 345(b) of the Bankruptcy Code. [Filed 12/7/15] (Docket No. 12).

> **Status:** This matter is going forward.

7. Debtors' Motion for Entry of an Order Authorizing Debtors to Pay Prepetition Claims of Critical Vendors and Granting Related Relief. [Filed 12/7/15] (Docket No. 7).

> **Status:** This matter is going forward.

8. Debtors' Motion for Authority to Honor Certain Obligations to Customers and to Maintain Customer Programs. [Filed 12/7/15] (Docket No. 6).

> **Status:** This matter is going forward.

9. Debtors' Motion for Authority to Perform Obligations Necessary to Maintain Insurance Coverage. [Filed 12/7/15] (Docket No. 11).

> **Status:** This matter is going forward.

### Financing Motions

10. Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Confirming Debtors' Ability to Sell Inventory, (C) Granting Adequate Protection to Secured Creditors, and (D) Setting a Final Hearing. [Filed 12/7/15] (Docket No. 3).

> **Status:** This matter is going forward with respect to an interim order.

DOCS_DE:203746.1 29396/001

### First Day Motions for Scheduling

11. Motion of Debtors for Order: (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Operating Assets, (B) Scheduling an Auction and Sale Hearing, (C) Approving Bid Protections, and (D) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases.  [Filed 12/7/15] (Docket No. 4).

      **Status:**      This matter is going forward for scheduling purposes only.

12. Motion of Debtors for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtors' Operating Assets (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) And 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief. [Filed 12/7/15] (Docket No.  9).

      **Status:**      This matter is going forward for scheduling purposes only in connection with Agenda Item 11.

### Additional Motion

**13.** **Motion to Shorten Notice and Request for Hearing with Respect to Motion of Debtors for Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Operating Assets, (B) Scheduling an Auction and Sale Hearing, (C) Approving Bid Protections, and (D) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases.  [Filed 12/8/15] (Docket No. 32).**

      **Status:**      **This matter is going forward.**

Dated: December 8, 2015	PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Jeffrey N. Pomerantz (CA Bar No.143717)
Ira Kharasch (CA Bar No. 109084)
Michael R. Seidl (DE Bar No. 3889)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: jpomerantz@pszjlaw.com
      ikharasch@pszjlaw.com
      mseidl@pszjlaw.com
      crobinson@pszjlaw.com

-and-

**BRYAN CAVE LLP**
Robert J. Miller (AZ#013334) *(pro hac vice pending)*
Two N. Central Ave., Suite 2200
Phoenix, Arizona 85004
T: 602-364-7000
F: 602-364-7070
Email: rjmiller@bryancave.com

-and-


Kerry A. Moynihan (SBN 25057) *(pro hac vice pending)*
3161 Michelson Drive, Suite 1500
Irvine, California 92612
T: 949-223-7000
F: 949-223-7100
Email: kerry.moynihan@bryancave.com

-and-

Brian C. Walsh (MO#58091) *(pro hac vice pending)*
Laura Uberti Hughes (MO#60732) *(pro hac vice pending)*
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
T: 314-259-2000

F: 314-259-2020
Email:       brian.walsh@bryancave.com
             laura.hughes@bryancave.com

*Proposed Counsel for the Debtors and Debtors in Possession*

2