# ATTACHMENT 1

# Fuhu, Inc.
*Weekly Cash Flow*
*Forecasted Results as of December 8, 2015*

(in thousands)

| Week Ending | Week 1 12/13 | Week 2 12/20 | 2 Week Total |
|---|---:|---:|---:|
| **Receipts** | | | |
| Outstanding AR Collections | $ 770 | $ 2,545 | $ 3,315 |
| Nabi Shop Receipts | 266 | 305 | 570 |
| Amazon Receipts | - | - | - |
| Other Receipts | - | - | - |
| **Total Receipts** | $ 1,036 | $ 2,850 | $ 3,885 |
| **Disbursements** | | | |
| Payroll & Labor Payments | $ 557 | $ 38 | $ 594 |
| Taiwan Expenses | 100 | 100 | 200 |
| Cost of Sales | 115 | 140 | 255 |
| SG&A | - | 381 | 381 |
| Restructuring Professionals | - | - | - |
| Other Costs & Commitments | - | 250 | 250 |
| Rent & Office Expenditures | - | 35 | 35 |
| US Trustee Fee | - | - | - |
| LSQ Escrowed Payment | - | - | - |
| Reserve for Wind-Down Costs | - | - | - |
| Secured Loan Interest | 75 | - | 75 |
| **Total Disbursements** | $ 847 | $ 943 | $ 1,790 |
| **Net Operating Cash Flow** | $ 189 | $ 1,907 | $ 2,096 |
| **Cash** | | | |
| Beginning Cash Balance [1] | $ 1,982 | $ 2,172 | $ 1,982 |
| Net Cash Flow | 189 | 1,907 | 2,096 |
| Funding | - | - | - |
| **Ending Cash Balance** | $ 2,172 | $ 4,078 | $ 4,078 |

| Inventory | | |
|---|---:|---:|
| Total Units | 685 | 650 |
| Total Value at Cost | 23,470 | 21,369 |
| **Accounts Receivable** | $ 4,542 | $ 3,613 |
| **Debt Summary** | | |
| **Secured Loan** | | |
| Beginning Loan Balance [2] | $ 5,016 | $ 5,016 |
| Paydown | - | - |
| Pre Filing Funding | - | - |
| **Ending Secured Loan Balance** | $ 5,016 | $ 5,016 |
| **LSQ Factor** | | |
| Beginning Balance | $ 1,279 | $ 1,279 |
| Escrowed Payment | - | - |
| **Ending LSQ Factor Balance** | $ 1,279 | $ 1,279 |

[1] Excludes restricted cash of $471K.
[2] Excludes $400K yield enhancement fee and $700K applicable early termination fee alleged per Tennenbaum notice of acceleration and reservation of rights letter dated November 27, 2015.