IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FUHU, INC., *et al.*,[1] | ) | Case No. 15-12465 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Related Docket Nos. 3 and 40**

Hearing Date: December 17, 2015 at 10:00 a.m. prevailing Eastern time
Objection Deadline: Objections may be raised at the Hearing

## NOTICE OF ENTRY OF INTERIM ORDER AND SUBSEQUENT HEARING REGARDING MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING USE OF CASH COLLATERAL, (B) CONFIRMING DEBTORS' ABILITY TO SELL INVENTORY, (C) GRANTING ADEQUATE PROTECTION TO SECURED CREDITORS, AND (D) SETTING A FINAL HEARING

TO: (a) the Office of the United States Trustee; (b) all creditors known to the Debtors who may have liens against the Debtors' assets, (c) the United States Internal Revenue Service, (d) the Debtors' twenty (20) largest unsecured creditors on a non-consolidated basis; and (e) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on December 7, 2015, the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Confirming Debtors' Ability to Sell Inventory, (C) Granting Adequate Protection to Secured Creditors, and (D) Setting a Final Hearing* (the "Motion") [Docket No. 3] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that the Debtors presented certain first-day motions at a hearing before the Honorable Christopher S. Sontchi at the Bankruptcy Court

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Fuhu, Inc. (7896);and Fuhu Holdings, Inc. (9761). The location of the Debtors' headquarters and service address is 909 N. Sepulveda Blvd., Suite 540, El Segundo, CA 90245.

on December 9, 2015. The Bankruptcy Court granted interim relief on the Motion and entered the [Signed] *Interim Order (A) Authorizing Use of Cash Collateral, (B) Confirming Debtors' Ability to Sell Inventory, (C) Granting Adequate Protection to Pre-Petition Lenders, and (D) Setting a Final Hearing* (the "Interim Order") [Docket No. 40], attached hereto as Exhibit 2. Pursuant to the Interim Order, the Court will hold a subsequent hearing and the Debtors will seek a further interim order on the Motion on **December 17, 2015 at 10:00 a.m. prevailing Eastern time**.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of a further interim order with respect to the relief sought in the Motion **may be raised at the Hearing.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) proposed counsel to the Debtors, (i) Bryan Cave LLP, One Metropolitan Square, 211 N. Broadway, Suite 3600, St. Louis, MO 63102, Attn: Brian C. Walsh, Esquire, (ii) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067, Attn: Jeffrey N. Pomerantz, Esquire, and (iii) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705, Attn: Michael R. Seidl, Esquire; (b) counsel to Obsidian Agency Services, Inc., as Agent, (i) Goldberg Kohn Ltd., 55 East Monroe, Suite 3300, Chicago, IL 60603, Attn: Jeremy M. Downs, Esquire and Zachary J. Garrett, Esquire and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899, Attn: Robert J. Dehney and Curtis S. Miller; (c) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Linda Casey, Esquire; and (d) counsel to any official committee appointed in these cases.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FURTHER INTERIM RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A SUBSEQUENT HEARING TO CONSIDER THE FURTHER INTERIM RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **DECEMBER 17, 2015, AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

Dated: December 4, 2015

PACHULSKI STANG ZIEHL & JONES LLP

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira Kharasch (CA Bar No. 109084)
Michael R. Seidl (DE Bar No. 3889)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: jpomerantz@pszjlaw.com
ikharasch@pszjlaw.com
mseidl@pszjlaw.com
crobinson@pszjlaw.com

-and-

**BRYAN CAVE LLP**
Robert J. Miller (AZ#013334) (*pro hac vice pending*)
Two N. Central Ave., Suite 2200
Phoenix, Arizona 85004
T: 602-364-7000
F: 602-364-7070
Email: rjmiller@bryancave.com

-and-

Kerry A. Moynihan (SBN 25057) *(pro hac vice pending)*
3161 Michelson Drive, Suite 1500
Irvine, California 92612
T: 949-223-7000
F: 949-223-7100
Email: kerry.moynihan@bryancave.com

-and-

Brian C. Walsh (MO#58091) *(pro hac vice pending)*
Laura Uberti Hughes (MO#60732) (*pro hac vice pending*)
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
T: 314-259-2000
F: 314-259-2020
Email: brian.walsh@bryancave.com
laura.hughes@bryancave.com

*Proposed Counsel for the Debtors and Debtors in Possession*