IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FUHU, INC., et al.,[1] | ) Case No. 15-12465 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | **Related Docket No. 9** |

**NOTICE OF FILING OF ASSET PURCHASE AGREEMENT
IN CONNECTION WITH MOTION OF DEBTORS FOR ORDER
(A) APPROVING ASSET PURCHASE AGREEMENT AND
AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE
DEBTORS' OPERATING ASSETS; (B) AUTHORIZING THE SALE OF ASSETS
FREE AND CLEAR OF ALL LIENS, CLAIMS, RIGHTS, ENCUMBRANCES AND
OTHER INTERESTS PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363(b),
363(f) AND 363(m); (C) ASSUMING AND ASSIGNING CERTAIN EXECUTORY
CONTRACTS AND UNEXPIRED LEASES; AND (D) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on December 7, 2015, the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Motion of Debtors for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtors' Operating Assets; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(M); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief* (the "Motion") [Docket No. 9] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You were previously served with a copy of the Motion.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Fuhu, Inc. (7896); Fuhu Holdings, Inc. (9761); Fuhu Direct, Inc. (2180); and Nabi, Inc. (4119). The location of the Debtors' headquarters and service address is 909 N. Sepulveda Blvd., Suite 540, El Segundo, CA 90245.

**PLEASE TAKE FURTHER NOTICE** that Fuhu Direct, Inc., and Nabi, Inc., each of which filed a petition for relief under Chapter 11 of Title 11, United States Code, on December 11, 2015, and which are now jointly administered with Fuhu, Inc., and Fuhu Holdings, Inc., join in the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Motion refers to an asset purchase agreement (the "Agreement") to be finalized consistent with the terms of that certain *Term Sheet for the Acquisition of the Assets of the Fuhu Entities* dated December 6, 2015, a copy of which was attached to the Motion as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 1 is a copy of the Agreement, including certain schedules, apart from confidential ones that the Debtors will separately be moving to file under seal.

Dated: December 16, 2015

PACHULSKI STANG ZIEHL & JONES LLP

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira Kharasch (CA Bar No. 109084)
Michael R. Seidl (DE Bar No. 3889)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: jpomerantz@pszjlaw.com
ikharasch@pszjlaw.com
mseidl@pszjlaw.com
crobinson@pszjlaw.com

-and-

**BRYAN CAVE LLP**
Robert J. Miller (AZ#013334) *(pro hac vice pending)*
Two N. Central Ave., Suite 2200
Phoenix, Arizona 85004
T: 602-364-7000
F: 602-364-7070
Email: rjmiller@bryancave.com

-and-

Kerry A. Moynihan (SBN 25057) *(pro hac vice pending)*
3161 Michelson Drive, Suite 1500
Irvine, California 92612
T: 949-223-7000
F: 949-223-7100
Email: kerry.moynihan@bryancave.com

-and-

Brian C. Walsh (MO#58091) *(pro hac vice pending)*
Laura Uberti Hughes (MO#60732) *(pro hac vice pending)*
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
T: 314-259-2000
F: 314-259-2020
Email:    brian.walsh@bryancave.com
         laura.hughes@bryancave.com


*Proposed Counsel for the Debtors and Debtors in Possession*

3

DOCS_DE:203937.1 29396/001