IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FUHU, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12465<br><br>(Jointly Administered)<br><br>Re: Docket No. 3 |

**Hearing Date: December 17, 2015, at 10:00 a.m.**

## DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING ON USE OF CASH COLLATERAL

The above-captioned debtors and debtors in possession (collectively, the "Debtors") respectfully submit this Witness and Exhibit List in connection with the hearing scheduled for December 17, 2015, on the *Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Confirming Debtors' Ability to Sell Inventory, (C) Granting Adequate Protection to Secured Creditors, and (D) Setting a Final Hearing* (the "Motion") [Docket No. 3].

The Debtors reserve their rights (a) to identify additional witnesses as a result of ongoing discovery or other developments, (b) to call any witness identified by any other party, and (c) to call rebuttal witnesses as appropriate.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Fuhu, Inc. (7896); Fuhu Holdings, Inc. (9761); Fuhu Direct, Inc. (2180); and Nabi, Inc. (4119). The location of the Debtors' headquarters and service address is 909 N. Sepulveda Blvd., Suite 540, El Segundo, CA 90245.

In addition to the exhibits identified below, the Debtors reserve their rights (a) to identify additional exhibits prior to the hearing and (b) to use any exhibit designated or offered in evidence by any other party.

## WITNESS LIST

<u>Will Call</u>:

Grant Lyon, Managing Director, KRyS Global USA.

Jim Mitchell, Chief Executive Officer, Fuhu, Inc.

Michael Tucker, Senior Managing Director, FTI Consulting, Inc.

<u>May Call</u>:

Obsidian Agency Services, Inc. (via Rule 30(b)(6) deposition testimony)

Tennenbaum Capital Partners, LLC (via Rule 30(b)(6) deposition testimony)

## EXHIBIT LIST

| Exh. No. | Docket No. | Description |
|---|---|---|
| Debtor 1 | 105-1 | Asset Purchase Agreement dated as of Dec. 15, 2015 (excluding non-public schedules) |
| Debtor 2 | | Non-Public Schedules to Asset Purchase Agreement |
| Debtor 3 | | Summary Weekly Cash Flow: Forecasted Results as of Dec. 8, 2015 |
| Debtor 4 | | Weekly Cash Flow: Forecasted Results as of Dec. 8, 2015 |
| Debtor 5 | | Fuhu Sale Proceeds Analysis as of Dec. 15, 2015 |
| Debtor 6 | | Budget vs. Actual Week Ending 12/13/2015 |
| Debtor 7 | 10 | Declaration of James Mitchell filed in Support of First-Day Motions (already in evidence) |
| Debtor 8 | | Factoring and Security Agreement dated April 1, 2015 |
| Debtor 9 | | Credit Agreement dated May 27, 2015 (excluding schedules) |
| Debtor 10 | | Guarantee and Collateral Agreement dated May 27, 2015 |

| Exh. No. | Docket No. | Description |
|---|---|---|
| Debtor 11 | | First Amendment to Credit Agreement dated July 9, 2015 |
| Debtor 12 | | Letter from Fuhu, Inc. to Obsidian Agency Services, Inc. dated July 1, 2015 regarding commercial tort claim |
| Debtor 13 | | Email from Carolyn Glick to Jim Mitchell dated Sept. 24, 2015, with attached Non-Binding Summary of Terms |
| Debtor 14 | | Purchase-Money Security Agreement dated Oct. 12, 2015 (Fusing) |
| Debtor 15 | | Purchase-Money Security Agreement dated Oct. 12, 2015 (Hon Hai) |
| Debtor 16 | | Letter from Obsidian Agency Services, Inc. to Fuhu, Inc. dated Oct. 29, 2015, with attached letter to Wells Fargo Bank, National Association |
| Debtor 17 | | Letter from Obsidian Agency Services, Inc. to Rakuten Super Logistics dated Nov. 6, 2015, with attached portion of agreement |
| Debtor 18 | | Amendment and Forbearance Agreement dated Nov. 10, 2015 |
| Debtor 19 | | Letter from Obsidian Agency Services, Inc. to Fuhu, Inc. dated Nov. 27, 2015, with attached letter dated Nov. 16, 2015 |
| Debtor 20 | | Letter from Obsidian Agency Services, Inc. to Fuhu, Inc. dated Nov. 24, 2015 |

Dated: December 17, 2015      PACHULSKI STANG ZIEHL & JONES LLP

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira Kharasch (CA Bar No. 109084)
Michael R. Seidl (DE Bar No. 3889)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: jpomerantz@pszjlaw.com
　　　　ikharasch@pszjlaw.com
　　　　mseidl@pszjlaw.com
　　　　crobinson@pszjlaw.com

-and-

**BRYAN CAVE LLP**
Robert J. Miller (AZ#013334) *(pro hac vice pending)*
Two N. Central Ave., Suite 2200
Phoenix, Arizona 85004
T: 602-364-7000
F: 602-364-7070
Email: rjmiller@bryancave.com

-and-

Kerry A. Moynihan (SBN 25057) *(pro hac vice pending)*
3161 Michelson Drive, Suite 1500
Irvine, California 92612
T: 949-223-7000
F: 949-223-7100
Email: kerry.moynihan@bryancave.com

-and-

Brian C. Walsh (MO#58091) *(pro hac vice pending)*
Laura Uberti Hughes (MO#60732) *(pro hac vice pending)*
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
T: 314-259-2000
F: 314-259-2020
Email:      brian.walsh@bryancave.com
              laura.hughes@bryancave.com

*Proposed Counsel for the Debtors and Debtors in Possession*