# **ATTACHMENT 1**

# Fuhu, Inc.
Weekly Cash Flow
Forecasted Results as of December 17, 2015

(in thousands)

| Week Ending | Week 3 12/27 | Week 4 1/3 | 2 Week Total |
|---|---:|---:|---:|
| **Receipts** | | | |
| Outstanding AR Collections | $ 15 | $ 198 | $ 213 |
| Nabi Shop Receipts | 182 | 183 | 365 |
| Amazon Receipts | - | 259 | 259 |
| Other Receipts | 168 | 1,901 | 2,069 |
| **Total Receipts** | $ 365 | $ 2,540 | $ 2,905 |
| **Disbursements** | | | |
| Payroll & Labor Payments | $ 488 | $ 45 | $ 532 |
| Taiwan Expenses | 100 | 100 | 200 |
| Cost of Sales | 657 | 142 | 799 |
| SG&A | 90 | 293 | 382 |
| Restructuring Professionals | - | - | - |
| Other Costs & Commitments | 250 | - | 250 |
| Rent & Office Expenditures | 84 | 5 | 89 |
| US Trustee Fee | - | - | - |
| LSQ Escrowed Payment | - | - | - |
| Reserve for Wind-Down Costs | - | - | - |
| Secured Loan Interest | - | - | - |
| **Total Disbursements** | $ 1,669 | $ 584 | $ 2,253 |
| **Net Operating Cash Flow** | $ (1,303) | $ 1,956 | $ 652 |
| **Cash** | | | |
| Beginning Cash Balance [1] | $ 4,078 | $ 2,775 | $ 4,078 |
| Net Cash Flow | (1,303) | 1,956 | 652 |
| Funding | - | - | - |
| **Ending Cash Balance** | $ 2,775 | $ 4,731 | $ 4,731 |
| **Inventory** | | | |
| Total Units | 632 | 621 | |
| Total Value at Cost | 19,421 | 18,727 | |
| **Accounts Receivable** | $ 4,410 | $ 2,364 | |
| **Debt Summary** | | | |
| **Secured Loan** | | | |
| Beginning Loan Balance [2] | $ 5,016 | $ 5,016 | |
| Paydown | - | - | |
| Pre Filing Funding | - | - | |
| Ending Secured Loan Balance | $ 5,016 | $ 5,016 | |
| **LSQ Factor** | | | |
| Beginning Balance | $ 1,279 | $ 1,279 | |
| Escrowed Payment | - | - | |
| Ending LSQ Factor Balance | $ 1,279 | $ 1,279 | |

[1] Excludes restricted cash of $471K.
[2] Excludes $400K yield enhancement fee and $700K applicable early termination fee alleged per Tennenbaum notice of acceleration and reservation of rights letter dated November 27, 2015.