IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FUHU, INC., *et al.*,[1] | ) | Case No. 15-12465 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Related Docket Nos. 3, 40, and 147**

Hearing Date: December 30, 2015, at 9:30 a.m. prevailing Eastern time
Objection Deadline: December 28, 2015, at 5:00 p.m. prevailing Eastern time

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING REGARDING MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING USE OF CASH COLLATERAL, (B) CONFIRMING DEBTORS' ABILITY TO SELL INVENTORY, (C) GRANTING ADEQUATE PROTECTION TO SECURED CREDITORS, AND (D) SETTING A FINAL HEARING

TO: (a) the Office of the United States Trustee; (b) all creditors known to the Debtors who may have liens against the Debtors' assets, (c) the United States Internal Revenue Service, (d) counsel for the Official Committee of Unsecured Creditors; and (e) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on December 7, 2015, the above-captioned debtors and debtors-in-possession (the "Debtors"), filed the *Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Confirming Debtors' Ability to Sell Inventory, (C) Granting Adequate Protection to Secured Creditors, and (D) Setting a Final Hearing* (the "Motion") [Docket No. 3] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that the Debtors presented certain first-day motions at a hearing before the Honorable Christopher S. Sontchi at the Bankruptcy Court

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Fuhu, Inc. (7896); Fuhu Holdings, Inc. (9761); Fuhu Direct, Inc. (2180); and Nabi, Inc. (4119). The location of the Debtors' headquarters and service address is 909 N. Sepulveda Blvd., Suite 540, El Segundo, CA 90245.

1

on December 9, 2015. The Bankruptcy Court granted interim relief on the Motion and entered the *Interim Order (A) Authorizing Use of Cash Collateral, (B) Confirming Debtors' Ability to Sell Inventory, (C) Granting Adequate Protection to Pre-Petition Lenders, and (D) Setting a Final Hearing* (the "First Interim Order") [Docket No. 40]. A copy of the First Interim Order was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that on December 21, 2015, the Bankruptcy Court entered the *Second Interim Order (A) Authorizing Use of Cash Collateral, (B) Confirming Debtors' Ability to Sell Inventory, (C) Granting Adequate Protection to Pre-Petition Lenders, and (D) Setting a Final Hearing* (the "Second Interim Order") [Docket No. 147], attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of a final order with respect to the relief sought in the Motion **must be filed by December 28, 2015, at 5:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) proposed counsel to the Debtors, (i) Bryan Cave LLP, One Metropolitan Square, 211 N. Broadway, Suite 3600, St. Louis, MO 63102, Attn: Brian C. Walsh, Esquire, (ii) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067, Attn: Jeffrey N. Pomerantz, Esquire, and (iii) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705, Attn: Michael R. Seidl, Esquire; (b) counsel to Obsidian Agency Services, Inc., as Agent, (i) Goldberg Kohn Ltd., 55 East Monroe, Suite 3300, Chicago, IL 60603, Attn: Jeremy M. Downs, Esquire and Zachary J. Garrett, Esquire and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899, Attn:

Robert J. Dehney and Curtis S. Miller; (c) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Linda Casey, Esquire; and (d) proposed counsel to the Official Committee of Unsecured Creditors, (i) Cooley LLP, The Grace Building, 1114 Avenue of the Americas, New York, NY 10036-7798, Attn: Jay Indyke, Esq., and (ii) Ballard Spahr LLP, 919 North Market Street, 11th Floor, Wilmington, DE 19801, Attn: Tobey Daluz, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A FINAL HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **DECEMBER 30, 2015, AT 9:30 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

Dated: December 21, 2015  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ signature/*

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira Kharasch (CA Bar No. 109084)
Michael R. Seidl (DE Bar No. 3889)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: jpomerantz@pszjlaw.com
 ikharasch@pszjlaw.com
 mseidl@pszjlaw.com
 crobinson@pszjlaw.com

-and-

**BRYAN CAVE LLP**
Robert J. Miller (AZ#013334) *(pro hac vice pending)*
Two N. Central Ave., Suite 2200
Phoenix, Arizona 85004
T: 602-364-7000
F: 602-364-7070
Email: rjmiller@bryancave.com

-and-

Kerry A. Moynihan (SBN 25057) *(pro hac vice)*
3161 Michelson Drive, Suite 1500
Irvine, California 92612
T: 949-223-7000
F: 949-223-7100
Email: kerry.moynihan@bryancave.com

-and-

Brian C. Walsh (MO#58091) *(pro hac vice)*
Laura Uberti Hughes (MO#60732) *(pro hac vice)*
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
T: 314-259-2000
F: 314-259-2020
Email:    brian.walsh@bryancave.com
           laura.hughes@bryancave.com

*Proposed Counsel for the Debtors and Debtors in Possession*